UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                                      )        Chapter 13 Case No. 14-55491
    Keely Western                              )
                                                           )
                                                           )        Judge
                  Debtor(s)                        )

AMENDMENT TO PETITION, SCHEDULES, CREDITOR MATRIX AND/OR
STATEMENT OF AFFAIRS PURSUANT TO BANKRUPTCY RULE 1009

The attachments hereto amend the following:

    ____A       ____B       ___C       ____D       ____E       ____F

    ____G       ____H       __I        __J        _____Matrix

    __Chapter 13 Payment Plan__ other

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
    Debtor(s) Keely Western certifies under penalty of perjury that the foregoing is true and correct.

Executed on: 9/24/2014

                                                /s/ Keely Western
                                                Signature of Debtor

**CERTIFICATE OF SERVICE**

I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, the Chapter 13 plan, and a Proof of Claim Form, was sent by regular U.S. mail on this 25th day of September 2014, to each creditor, at the address listed below. Additional creditors have twenty-one (21) days from the date of this notice in which to file an objection to the confirmation of Debtor's Chapter 13 plan. A copy of this amendment was also served electronically upon the U.S. Trustee and Chapter 13 Trustee, Faye D. English.

                                                /s/ Erin M. Dooley
                                                Signature of Attorney

```
2:14-bk-55491|AEP |Bankruptcy Department|P.O. Box 2021|Roanoke, VA 24022-2121| ||
2:14-bk-55491|ATT |P.O. Box 2036|Warren, MI 48090-2036| |||
2:14-bk-55491|Ace Cash Express |1409 E 9th St.|Cleveland, OH 44114-1703| |||
2:14-bk-55491|Advance America |4662 Cemetary Rd.|Hilliard, OH 43026-1124| |||
2:14-bk-55491|American Electric Power |Attn Bankruptcy|1 AEP Way|Hurricane WV 25526-1231| ||
2:14-bk-55491|Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215-2417||
2:14-bk-55491|BUCKEYE LENDING SOLUTIONS|6785 BOBCAT WAY STE 300|DUBLIN OH  43016-1443|USPS change
2:14-bk-55491|Buckeye Pawn Shop |2777 South High Street|Columbus, OH 43207-3639| |||
2:14-bk-55491|Check - N - Go |7755 Montgomery Rd.|Cincinnati, OH 45236-4197| |||
2:14-bk-55491|Check Into Cash |201 Keith St.|Ste. 80|Cleveland, TN 37311-5867| ||
2:14-bk-55491|COLUMBIA GAS|ATTN REVENUE RECOVERY|200 CIVIC CENTER DR 11TH FLOOR|COLUMBUS OH 43215-4157|||preferred
2:14-bk-55491|Crescent Bank & Trust |P.O. Box 61813|New Orleans, LA 70161-1813| |||
2:14-bk-55491|DIRECTV LLC|ATTN BANKRUPTCIES|PO BOX 6550|GREENWOOD VILLAGE CO 80155-6550|||preferred
2:14-bk-55491|EZ Corp Online |500 Grapevine Hwy|Suite 225|Hurst, TX 76054-2790| ||
2:14-bk-55491|Eclipse Receiveable Management Inc |13942 W Hillborough Ave|Tampa, FL 33635-9656| |||
2:14-bk-55491|Enhance Recovery Company |8014 Bayberry Rd.|Jacksonville, FL 32256-7412| |||
2:14-bk-55491|FABCO/Baker Rental Company LLC |PO Box 20850|Columbus OH 43220-0850| |||
2:14-bk-55491|Fabco |4640 Executive Dr.|Columbus, OH 43220-3602| |||
2:14-bk-55491|Fabco/Help U Sell Real Estate |PO Box 20850|Columbus OH 43220-0850| |||
2:14-bk-55491|Federal Loan Servicing |PO Box 69184|Harrisburg, PA 17106-9184| |||
2:14-bk-55491|GE/Capital One |Po Box 965036|Orlando, FL 32896-5036| |||
2:14-bk-55491|GE/JCPenney |P.O. Box 981131|El Paso, TX 79998-1131| |||
2:14-bk-55491|Giant Eagle |Services Account|P.O. box 11591|Pittsburgh, PA 15238-0591| ||
2:14-bk-55491|Grant Medical |111 S. Grant Ave.|Columbus, OH 43215-1898| |||
2:14-bk-55491|Great Lakes |P.O. Box 3059|Milwaukee, WI 53201-3059| |||
2:14-bk-55491|Great Lakes Higher Education |P.O. Box 7526|Dublin, OH 43017-0726| |||
2:14-bk-55491|Hometown Urgent Care |2601 Mission Point|Dayton, OH 45431-6600| |||
2:14-bk-55491|IC System |444 Highway 96 East|Po Box 64137|Saint Paul, MN 55164-0137| ||
2:14-bk-55491|INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346|||preferred
2:14-bk-55491|LVNV Funding, LLC its successors and assigns|assignee of GE Money Bank|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
2:14-bk-55491|LVNV Funding, LLC its successors and assigns|assignee of NCOP XI, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
2:14-bk-55491|Meade & Associates |737 Enterprise Dr.|Westerville, OH 43081-8841| |||
2:14-bk-55491|Millstone Lakes Apartment |4133 Parkview Lake Dr.|Columbus, OH 43207-8610| |||
2:14-bk-55491|Millstone Utility Billing Service |PO Box 20210|Columbus, OH 43220-0210| |||
```

2:14-bk-55491|National Check Cashiers |2440 Dublin-Granville Rd.|Columbus, OH 43229-3564| |||
2:14-bk-55491|OSU Hospital |236 E. Town St.|Columbus, OH 43215-4631| |||
2:14-bk-55491|OSU Physicians |Po Box 740727|Cincinnati, OH 45274-0727| |||
2:14-bk-55491|Ohio BMV |1583 Alum Creek Dr.|Columbus, OH 43209-2713| |||
2:14-bk-55491|OHIO DEPARTMENT OF TAXATION|BANKRUPTCY DIVISION|30 EAST BROAD STREET|COLUMBUS OHIO 43215-3414|||preferred
2:14-bk-55491|Ohio Health Home Care |3728 Olentangy River Road|Columbus, OH 43214| |||
2:14-bk-55491|Ohio Health Sleep Services |P.O. Box 73058|Cleveland, OH 44193-0002| |||
2:14-bk-55491|Ohio State University |P.O. Bxo 182889|Dept. L 235|Columbus, OH 43218-2889| ||
2:14-bk-55491|Professional Recovery |4700 Reed Rd.|Ste G|Columbus, OH 43220-3074| ||
2:14-bk-55491|Quik Cash |896 S. Hamilton rd.|Columbus, OH 43213-3003| |||
2:14-bk-55491|RJM |P.O. Box 2023|Hauppauge, NY 11788| |||
2:14-bk-55491|Riverside Methodist |1457 E. 40th Street|Cleveland, OH 44103-1103| |||
2:14-bk-55491|US Department of Education |P.O. Box 530260|Atlanta, GA 30353-0260| |||
2:14-bk-55491|Erin Marie Dooley |5 E. Long Street, Suite 300|Columbus, OH 43215-2915||||
2:14-bk-55491|Faye D. English |Chapter 13 Trustee|10 West Broad Street|Suite 900|Columbus, OH 43215-3449 ||
2:14-bk-55491|Keely Western |2941 Wait St|Columbus, OH 43207-8614||||