# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: | } |
| | }     Case No. 14-55491 |
| Keely Western | } |
| | } |
| | }     Chapter 13 |
| | } |
| **Debtor(s)** | } |

## Notice of Change of Address

My Former Mailing Address was:

Name:      Keely Western

Street:      2941 Wait St

City, State, Zip: Columbus, OH 43207

**Please be advised that effective January 13th, 2015,
my new mailing address is:**

Name:      **Keely Western**

Street:      **873 Heyl Ave**

City, State ,Zip: **Columbus, Ohio 43206**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on January 13th, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad Street, Suite 900
Columbus, OH 43215
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Keely Western
873 Heyl Ave
Columbus, Ohio 43206

                                        Respectfully Submitted,

                                        /s/ Erin E. Schrader
                                        Erin E. Schrader (0078078)
                                        5 East Long Street
                                        Suite 300
                                        Columbus, Ohio 43215
                                        (614) 228-4480