# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 14-bk-55491 |
| Keely Western } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:        Keely Western

Street:        873 Heyl Ave

City, State, Zip: Columbus, OH 43206

**Please be advised that effective December 14, 2015
My new mailing address is:**

Name:        Keely Western

Street:         1703 E. Kossuth St.

City, State, Zip: Columbus, OH 43206


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on December 14, 2015 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Keely Western
1703 E. Kossuth St.
Columbus, OH 43206

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480